IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY A. SMITH, | No. C 10-5386 WHA (PR) |
| Plaintiff, | **ORDER OF TRANSFER** |
| v. | |
| ADMINISTRATOR, ATASCADERO STATE HOSPITAL; KATHLEEN DICKERSON, WARDEN OF CALIFORNIA MEDICAL FACILITY; | |
| Defendants / | |

This is a civil rights case brought pro se by a state prisoner incarcerated at the Atascadero State Hospital ("Atascadero") in Atascadero, California. The defendants are located at Atascadero and at the California Medical Facility ("CMF") in Vacaville California. The acts complained of appeared to have occurred at both Atascadero and at CMF. Atascadero, in San Luis Obispo County, lies within the venue of the United States District Court for the Central District of California. CMF, in Solano, lies within the venue of the United States District Court for the Eastern District of California. Venue is proper either in the Eastern or the Central Districts because that is where the acts complained of are alleged to have occurred and where the defendants are located. *See* 28 U.S.C. 1391. Because plaintiff is also located in the Central District, this case is **TRANSFERRED** to the United States District Court for the Central District of California. *See* 28 U.S.C. 1404(a), 1406(a).

**IT IS SO ORDERED.**

Dated: December   21  , 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\CR.10\SMITH5386.TRN.wpd